IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jay Connor, | |
| Plaintiff, | Case No.: 2:23-cv-6127-RMG |
| -vs- | |
| CHW Group, Inc. d/b/a Choice Home Warranty, | |
| Defendant. | |

**PLAINTIFF'S ANSWERS TO LOCAL CIVIL RULE 26.01
INTERROGATORIES**

Plaintiff, by and through the undersigned counsel, respond to District of South Carolina
Local Civil Rule 26.01 Interrogatories, as follows:

A.    State the full name, address and telephone number of all persons or legal
entities who may have a subrogation interest in each claim and state the
basis and extent of same interest.

**RESPONSE: None known at this time.**

B.    As to each claim, state whether it should be tried jury or non-jury and why.

**RESPONSE:  Plaintiff's claims should be tried by jury.  Plaintiff's
causes of action are actions at law which are tried by a jury under
controlling law.**

C.    State whether the party submitting these responses is a publicly owned
company and separately identify: (1) each publicly owned company of
which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned
company which owns ten percent or more of the outstanding shares or other
indicia or ownership of the party; and (3) each publicly owned company in
which the party owns ten percent or more of the outstanding shares.

**RESPONSE:   Plaintiff is an individual.**

D.    State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**RESPONSE:  This action was filed to the United States District Court, Division of Charleston, by Plaintiff Jay Connor based upon the Plaintiff residing in Charleston.**

E.    Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which may be related regardless of whether they are still pending.  Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transaction, happenings or events; involve the identical parties or property; or for any reason would entail substantial duplication of labor if heard by different judges.

**RESPONSE:  None.**

F.    If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**RESPONSE:  Not applicable.**

G.    If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**RESPONSE:  Not applicable.**

H.    In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose

citizenship is attributed to that party or intervenor. This response must be

supplemented when any later event occurs that would affect the court's

jurisdiction under § 1332(a).

**RESPONSE: Not applicable.**

DAVE MAXFIELD, ATTORNEY, LLC

By:     s/ Dave Maxfield
David A. Maxfield, Esq., Fed ID 6293
P.O. Box 11865
Columbia, SC 29211
803-509-6800
855-299-1656 (fax)
dave@consumerlawsc.com
*Attorney for Jay Connor*

DATED: November 21, 2023

Charleston, South Carolina